IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE: STINSON, INC.,　　　　　　　　　　　　　　CASE NO. 2:10-bk-74891-B
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　Debtor-in-Possession

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Before the Court is the Application of the United States Trustee seeking approval of the appointment of R. RAY FULMER, II as Chapter 11 Trustee in this case.

On July 11, 2012, this Court entered an Order finding that the appointment of a Trustee was required in this case. The United States Trustee filed an Application on July 13, 2012, in accordance with 11 U.S.C. § 1104(d) and Bankruptcy Rule 2007.1(c) seeking an order approving the appointment of R. RAY FULMER, II as Chapter 11 Trustee. The United States Trustee's Application complies in all respects with the requirements of § 1104(d) and Rule 2007.1(c) and, accordingly, must be granted without further delay.

**IT IS, THEREFORE, ORDERED** that the Application of the United States Trustee for an Order Approving Appointment of Chapter 11 Trustee be and is hereby granted, and the appointment of R. RAY FULMER, II as Chapter 11 Trustee herein be and is hereby approved.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ben Barry
　　　　　　　　　　　　　　　　　　　　　　　　Ben Barry
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　　　Dated: 07/17/2012

cc:　　All parties on matrix
　　　　R. Ray Fulmer, II, Chapter 11 Trustee

Entered On Docket: 07/17/2012